1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11  VINCE EDWARD WILSON,                    ) NO. CV 09-5795-ODW (MAN)
                                            )
12                    Petitioner,           )
                                            )
13      v.                                  ) ORDER ADOPTING FINDINGS,
                                            )
14  RICHARD B. IVES,                        ) CONCLUSIONS, AND RECOMMENDATIONS
                                            )
15                    Respondent.           ) OF UNITED STATES MAGISTRATE JUDGE
    _____)
16

17       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition

18  for Writ of Habeas Corpus, all of the records and briefing herein, the

19  Report and Recommendation of United States Magistrate Judge, and

20  Petitioner's "Response."  The Court has conducted a *de novo* review of

21  those matters to which objections have been stated in writing.  Having

22  completed its review, the Court accepts and adopts the Magistrate

23  Judge's Report and Recommendation and the findings of fact, conclusions

24  of law, and recommendations therein.

25

26       IT IS ORDERED that:  (1) Respondent's Motion to Dismiss the

27  Petition is GRANTED; (2)  the Petition is DENIED; and (3) Judgment shall

28  be entered dismissing this action.

        IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
the Judgment herein on the parties.


        LET JUDGMENT BE ENTERED ACCORDINGLY.


DATED: June 4, 2010.

                                    _____
                                        OTIS D. WRIGHT II
                                    UNITED STATES DISTRICT JUDGE