**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| VINCE EDWARD WILSON, | ) | NO. CV 09-5795-ODW (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| RICHARD B. IVES, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed.

DATED: June 4, 2010.

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE